UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANNIE M. SCALES,

    Plaintiff,

v.

JENNIFER TOGLIATTI, Judge, et al.,

    Defendants.

2:09-CV-1368 JCM (RJJ)

### ORDER

Presently before the court is the report and recommendation of United States Magistrate Judge Robert J. Johnston. (Doc. # 16).

Upon reviewing the amended complaint and the application to proceed in forma pauperis, and holding a hearing on March 1, 2010, Judge Johnston recommended that plaintiff's case be dismissed with prejudice. In his report and recommendation, Judge Johnston stated that plaintiff Annie M. Scales is seeking to pursue a civil rights claim against a state court judge in regards to an eleven year old criminal conviction that she did not appeal.

Plaintiff filed objections to the report and recommendation in the form of somewhat incoherent personal accusations against Judge Johnston and the state court judge. (Doc. # 17). These objections did not contradict the report and recommendations.

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling.

. . .

**James C. Mahan**
**U.S. District Judge**

1  Upon review of the magistrate judge's findings and recommendation (Doc. # 16) and the
2 plaintiff's objections,
3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate
4 Judge Robert J. Johnston's report & recommendation (Doc. #16) is AFFIRMED in its entirety. The
5 plaintiff's amended complaint is DISMISSED with prejudice.
6  DATED June 9, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -